IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Thurmond Montgomery, | No. CV-12-00758-PHX-ROS |
| Petitioner, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

On October 8, 2013, Magistrate Judge James F. Metcalf issued a Report and Recommendation ("R&R") recommending the petition for writ of habeas corpus be denied. (Doc. 46). No objections were filed.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the magistrate judge's report and recommendations, the district court's review of the part objected to is to be *de novo. Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). No objections having been filed, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (**Doc. 46**) is **ADOPTED**. The petition for a writ of habeas corpus is **DENIED**. The Clerk shall enter judgment accordingly.

1    **IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because the dismissal of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

DATED this 20th day of November, 2013.

Roslyn O. Silver
Senior United States District Judge